SAMUEL W. EAGER, as Trustee in Bankruptcy for VINCENT BERGAMO, Appellant, *v.* VINCENT BERGAMO et al., Respondents.

(Argued April 10, 1930; decided May 6, 1930.)

*John Bright* and *Abram F. Servin* for appellant.
*Henry Hirschberg* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.